✎JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**     **U.S. District Court - District of Massachusetts**

**Place of Offense:**    **Category No.** I    **Investigating Agency** FBI

**City** Boston    **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. (see attached)    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number 23-6222-6224-MPK
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Abhijit Das    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☑ Yes ☐ No

Alias Name: Beej Das

Address: (City & State) Charlestown, MA

Birth date (Yr only): 1973    SSN (last4#): 5344    Sex: M    Race: Pan Asian    Nationality: USA

**Defense Counsel if known:** Michael Kendal    Address: 75 State Street, Boston, MA

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Neil Gallagher    Bar Number if applicable _____

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☑ On Pretrial Release: Ordered by: JCB (case 21-10200-RGS) on 06/29/2021

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony 10

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 06/20/2023    Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Abhijit Das

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 1343 | Wire Fraud | 1-10 |
| Set 2 | 18 USC 981, 28 USC 2461 | Asset Forfeiture Allegation | 1-10 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

THIS IS NOT A SUPERSEDING INDICTMENT OR INFORMATION. THIS SAME DEFEDANT, ABHIJIT DAS, HAS PRIOR, STILL PENDING CRIMINAL CASE, CASE NUMBER 1:21-CR-10200-RGS.