# UNITED STATES DISTRICT COURT
for the

United States of America
v.

ABHIJIT DAS, a/k/a Beej Das

)
)
)
)
)
)

Case No. 23cr10160

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ABHIJIT DAS, a/k/a Beej Das,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
Wire Fraud, in violation of Title 18, United States Code, Section 1343

Date: 6/20/2023

*Issuing officer's signature*

DONALD L. CABELL, USMJ
*Printed name and title*

City and state: Boston, MA

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

_____
*Printed name and title*