UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **FILED *EX PARTE* AND UNDER SEAL** |
| | ) | |
| v. | ) | Criminal No. 23-10160-AK |
| | ) | |
| ABHIJIT DAS, a/k/a "Beej Das," | ) | |
| Defendant. | ) | |

## UNITED STATES' MOTION TO SEAL

The United States of America, by and through its attorney, Joshua S. Levy, Acting United States Attorney for the District of Massachusetts, hereby moves, pursuant to Local Rule 7.2, that the following documents be filed under seal except as to employees, contract employees, agents of the United States Attorney's Office for the District of Massachusetts, and any agents or individuals necessary to effectuate service and recording of the enclosed documents in order to restrain and encumber the properties, and impounded until further order of the Court:

1. United States' Motion to Seal;

2. United States' *Ex Parte* Motion for Post-Indictment Restraining Order;

3. United States' Memorandum of Law in Support of United States' *Ex Parte* Motion for Post-Indictment Restraining Order;

4. Proposed Restraining Order; and

5. any Orders endorsed related to the above-mentioned Motions.

As required by Local Rule 7.2, this request is supported by good cause, as public disclosure of the information contained in said documents could lead to efforts by the owners or possessors of the following properties:

   a. the real property located at 19870 Meadowside Lane, Boca Raton, Florida, including all buildings, improvements, fixtures, attachments, and easements found therein or thereon, more particularly described in the Warranty Deed recorded on February 8, 2022, in the Public Records of Palm Beach County, Florida, in Book 33290, Pages 0941-0942 (the "Real Property"); and

b. the maritime vessel known as the "Troca One," bearing IMO 1231948 and MMSI 367738470 (the "Troca One"),

to transfer, place liens upon, deplete, or otherwise impair the forfeitability of the Real Property or the Troca One.

Additionally, pursuant to General Order 06-05 of the United States District Court for the District of Massachusetts, the United States respectfully moves the Court for an Order allowing the United States to be provided with copies of all orders, documents, transcripts, and other record of information filed in this sealed matter.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney,

By: /s/ Alexandra W. Amrhein
NEIL J. GALLAGHER, JR.
ALEXANDRA W. AMRHEIN
Assistant United States Attorneys
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
alexandra.amrhein@usdoj.gov

Date: June 21, 2023

SO ORDERED:

/s/ Angel Kelley, D.J.
ANGEL KELLEY
United States District Judge

Date: 6/22/2023