IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 23-1016-AK |
| | ) | |
| ABHIJIT DAS, a/k/a "Beej Das" | ) | |
| | ) | |
| Defendant | ) | |

## GOVERNMENT'S MOTION TO UNSEAL INDICTMENT

The United States of America hereby moves this Court to unseal the indictment returned on June 20, 2023, and all related paperwork. The defendant was arrested on the Court's warrant in the Southern District of Florida today and will be making his first appearance in U.S. District in West Palm Beach Florida tomorrow, on June 27, 2023. The United States further moves, pursuant to General Order 06-05, that the United States Attorney, through undersigned counsel, be provided copies of all sealed documents that the United States has filed in this matter.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By: /s/ Neil Gallagher
Neil J. Gallagher, Jr.
Assistant U.S. Attorney

Date: June 26, 2023