AO 442 (Rev. 11/11) Arrest Warrant

FILED
IN CLERKS OFFICE

52673-509

# UNITED STATES DISTRICT COURT
### for the

26 JUN 2023 PM03:54
JSM S/FL:WST PLM BCH - C04

U.S. DISTRICT COURT
DISTRICT OF MASS.

YOB:
1973

United States of America
v.

ABHIJIT DAS, a/k/a Beej Das

Case No.   23cr10160

)
)
)
)
)
)
)

*Defendant*

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   ABHIJIT DAS, a/k/a Beej Das                                         ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
Wire Fraud, in violation of Title 18, United States Code, Section 1343

Date:  6/20/2023

_____
*Issuing officer's signature*

City and state:     Boston, MA

DONALD L. CABELL, USMJ
*Printed name and title*

---

### Return

This warrant was received on *(date)* 06/20/2023 , and the person was arrested on *(date)* 8/26/23
at *(city and state)* Ft. Lauderdale, FL .

Date: 10/27/23

_____
*Arresting officer's signature*

Special Agent Lindsey Kellis
*Printed name and title*

1129 7840

2338-0620-0787-J