(Dockets)  　　　Client: -None- ⌄　　History　　Help　　More

| Document: | 9:23mj8331, USA v. Das | Actions⌄ |

🖨  ✉  ⬇  Go to ⌄  🔔　　　　　　　　　　　　　　　　　< 1 of 2 | Results list >

### 9:23mj8331, USA v. Das

US District Court Criminal Docket

United States District Court, Florida Southern

(West Palm Beach)

**This case was retrieved on 06/28/2023**

## ▼Header

**Date Filed:** 06/26/2023　　　　　　　　　　　　　　　　**Class Code:** Closed
**Other Docket:** Other court case number: 23cr10160 District of　　**Closed:** 06/28/2023
Massachusetts

## ▼Participants

### Defendant

| **Name** | **Attorneys** |
| Abhijit Das | Jason Wyatt Kreiss |
| aka: Beej Das | LEAD ATTORNEY;ATTORNEY TO BE NOTICED |
| 52673-509 English; YOB 1973 | Jason W. Kreiss |
| *TERMINATED: 06/28/2023* | 1824 SE 4th Avenue |
| | Fort Lauderdale, FL 33316 |
| | USA |
| | jwk@kreisslaw.com |
| | 954-525-1971Fax: 525-1978 |

### Charges　　　　　　　　　　　　　　　　　　Disposition

**Complaints:** Removal of Indictment from District of
Massachusetts for Violation of 18:1343, 18:981(a)(1)(C) and
28:2461(c)
**Pending:** none
**Terminated:** none
**Case Assigned To:** Magistrate Judge Ryon M. McCabe

### ▼U.S. Attorneys

Robin W. Waugh
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
United States Attorney's Office Criminal II
500 South Austrailian Section Suite 300
West Palm Beach, FL 33401
USA

robin.waugh@usdoj.gov

561-209-1042Fax: 561-659-4526Designation: Retained

## ▼Proceedings

**Retrieve Document(s)**

| | Availability | # | Date | Proceeding Text | Source |
|---|---|---|---|---|---|
| ☐ | Online | 1 | 06/26/2023 | Magistrate Judge Removal of Indictment from District of Massachusetts - Case number in the other District 23cr10160 as to Abhijit Das (1). (spe) (Entered: 06/26/2023) | |
| | | 2 | 06/26/2023 | NOTICE OF HEARING as to Abhijit Das - Initial Appearance - Rule 5(c)(3)/40 set for 6/27/2023 at 10:00 AM in West Palm Beach Division before WPB Duty Magistrate Judge. (spe) (Entered: 06/26/2023) | |
| | | 3 | 06/27/2023 | PAPERLESS Minute Order for proceedings held before Magistrate Judge Ryon M. McCabe: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Abhijit Das held on 6/27/2023. Date of Arrest or Surrender: 6/27/2023. Defendant present and sworn. Court advised defendant of the charges, maximum penalties and his rights. Government requested pre-trial detention and proffered regarding evidence of serious risk of flight. Court found sufficient evidence of a risk of flight for purposes of having a detention hearing and granted government's request for additional time to hold the hearing. Defendant requested time to retain private counsel. Total time in court: 21 minutes. Report re: counsel, Identity/Removal and Detention Hearings set for 6/28/2023 at 10:00 AM in West Palm Beach Division before WPB Duty Magistrate Judge. Attorney Appearance(s): Marc Osborne (AUSA). (Digital 10:01:16) Signed by Magistrate Judge Ryon M. McCabe on 6/27/2023. (spe) (Entered: 06/27/2023) | |
| ☐ | Online | 4 | 06/27/2023 | NOTICE OF ATTORNEY APPEARANCE: Jason Wyatt Kreiss appearing for Abhijit Das . Attorney Jason Wyatt Kreiss added to party Abhijit Das(pty:dft). (Kreiss, Jason) (Entered: 06/27/2023) | |
| ☐ | Online | 5 | 06/28/2023 | WAIVER of Rule 5 & 5.1 Removal/Identity Hearings as to Abhijit Das. (spe) (Entered: 06/28/2023) | |
| | | 6 | 06/28/2023 | PAPERLESS Minute Order for proceedings held before Magistrate Judge Ryon M. McCabe: Bond Hearing as to Abhijit Das held on 6/28/2023. Report Re Counsel Hearing as to Abhijit Das held on 6/28/2023. Removal Hearing as to Abhijit Das held on 6/28/2023. Defendant present and sworn. Defendant advised of charges, maximum penalties, and rights. The Court questioned the defendant. The defendant waived removal, form executed and the Court found the waiver knowing and voluntary. Bond set as to Abhijit Das (1) $100,000 PSB. Order of Removal signed. Defendant advised of Brady rights under the Due Process Protection Act. Total time in court: 24 minutes. Attorney Appearance(s): Marc Osborne (AUSA); Jason Wyatt Kreiss (Retained). (Digital 10:59:08) It is ORDERED AND ADJUDGED that pursuant to the Due Process Protections Act, the Court confirms the United States obligation to disclose to the defendant all exculpatory evidence- that is, evidence that favors the defendant or casts doubt on the United States case, as required by Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and ORDERS the United States to do so. The government has a duty to disclose any evidence that goes to negating the defendants guilt, the credibility of a witness, or that would reduce a potential sentence. The defendant is entitled to this information without a request. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court. Signed by Magistrate Judge Ryon M. McCabe on 6/28/2023. (spe) (Entered: 06/28/2023) | |
| ☐ | Online | 7 | 06/28/2023 | $100,000 PSB Bond Entered as to Abhijit Das - Approved by Magistrate Judge Ryon M. McCabe. Please see bond image for conditions of release. (spe) (Additional attachment(s) added on 6/28/2023: # 1 Restricted Bond with 7th Page) (spe). (Entered: 06/28/2023) | |
| ☐ | Online | 8 | 06/28/2023 | ORDER OF REMOVAL ISSUED to District of District of Massachusetts as to Abhijit Das. Closing Case for Defendant. Signed by Magistrate Judge Ryon M. McCabe on 6/28/2023. See attached document for full details. (spe) (Entered: 06/28/2023) | |
| ☐ | Online | 9 | 06/28/2023 | Notice of Criminal Transfer to District of Massachusetts of a Rule 5 or Rule 32 Initial Appearance as to Abhijit Das. Your case number is: 23cr10160. Docket sheet and documents attached. If you require certified copies of any | |

| Availability | # | Date | Proceeding Text | Source |
|---|---|---|---|---|
| | | | documents, please call our Records Section at 305-523-5210. Attention Receiving Court: If you wish to designate a different email address for future transfers, send your request to TXND at: InterDistrictTransfer_TXND@txnd.uscourts.gov. (spe) (Entered: 06/28/2023) | |



Copyright © LexisNexis CourtLink, Inc. All Rights Reserved.

*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

About  
Privacy Policy  

Cookie Policy  
Terms & Conditions  

RELX™  
Copyright © 2023 LexisNexis.