# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | |
| ) | Case No. 23-CR-10160-AK |
| **ABHIJIT DAS, a.k.a. "Beej" Das,** ) | |
| ) | |
| **Defendant.** ) | |

## MOTION TO WITHDRAW APPEARANCE
## OF COUNSEL FOR THE DEFENDANT

Now comes the undersigned and respectfully moves this Court to permit the withdrawal of his appearance as counsel of record representing Defendant Abhijit Das in the above-referenced matter. As reasons therefor, the undersigned states that there has been a breakdown in the relationship between Defendant and the undersigned. Defendant is in the process of retaining counsel and expects new counsel to promptly enter an appearance. Accordingly, the undersigned respectfully requests that he be permitted to withdraw as counsel of record in this matter.

By Defendant's attorney,

*s/ Glenn A. MacKinlay*
Glenn A. MacKinlay
BBO # 561708
McCarter & English, LLP
265 Franklin Street
Boston, MA 02110
617-449-6548
gmackinlay@mccarter.com

Date: July 30, 2024

## **LOCAL RULE 7.1 CERTIFICATE**

Pursuant to Local Rule 7.1, I hereby certify that the parties conferred in good faith to attempt to resolve or narrow the issues presented by this motion.  The Government in this matter takes no position on the relief requested herein.

*s/ Glenn A. MacKinlay*
Glenn A. MacKinlay

## **CERTIFICATE OF SERVICE**

I hereby certify that this motion was served on Defendant and filed through the ECF system, electronically serving the registered participants as identified on the Notice of Electronic Filing (NEF).

*s/ Glenn A. MacKinlay*
Glenn A. MacKinlay