JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

- **Place of Offense:** Boston
- **Category No.:** I
- **Investigating Agency:** FBI
- **City:** Boston
- **County:** Suffolk

**Related Case Information:**
- Superseding Ind./ Inf.: superseding
- Case No.: 23-cr-10160-AK
- Same Defendant: x
- New Defendant:
- Magistrate Judge Case Number:
- Search Warrant Case Number: 23-6222 to 23-6224-MPK
- R 20/R 40 from District of:
- Is this case related to an existing criminal action pursuant to Rule 40.1(h)? **No**

## Defendant Information:
- **Defendant Name:** Abhijit Das
- **Juvenile:** No
- **Is this person an attorney and/or a member of any state/federal bar:** Yes
- **Alias Name:** Beej Das
- **Address:** Boca Raton, Florida
- **Birth date (Yr only):** 1973
- **SSN (last 4#):** 5344
- **Sex:** M
- **Race:** Pan Asian
- **Nationality:** USA
- **Defense Counsel if known:** William Fick, Daniel Marx
- **Address:** 24 Federal Street, 4th Flr, Boston, MA 02210
- **Bar Number:**

## U.S. Attorney Information
- **AUSA:** Neil Gallagher/Alexandra Amhrein
- **Bar Number if applicable:**
- **Interpreter:** No
- **List language and/or dialect:**
- **Victims:** Yes — If yes, are there multiple crime victims under 18 USC§3771(d)(2): No
- **Matter to be SEALED:** No
- [ ] Warrant Requested  [✓] Regular Process  [ ] In Custody
- **Location Status:**
- **Arrest Date:**
- [ ] Already in Federal Custody as of ___ in ___
- [ ] Already in State Custody at ___  [ ] Serving Sentence  [ ] Awaiting Trial
- [✓] On Pretrial Release: Ordered by: West Palm Beach US Mag on 6/27/2023
- **Charging Document:** Indictment
- **Total # of Counts:** Felony, 9 counts

Continue on Page 2 for Entry of U.S.C. Citations

[✓] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 2/24/2025
**Signature of AUSA:** NEIL GALLAGHER (Digitally signed by NEIL GALLAGHER, Date: 2025.02.24 12:38:35 -05'00')

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Abhijit Das

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 1343 | Wire Fraud | 1-7 |
| Set 2 | 18 USC 1956 | Money Laundering | 8-9 |
| Set 3 | 18 USC 981 | Wire Fraud Forfeiture Allegation | |
| Set 4 | 18 USC 982 | Money Laundering Forfeiture Allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**