**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Criminal No. 23-10160-AK** |
| | ) | |
| **ABHIJIT DAS, a/k/a "Beej Das,"** | ) | |
| | ) | |
| **Defendant** | ) | |

**DISMISSAL OF**
**COUNTS 1, 7, 8, AND 10 OF FIRST INDICTMENT**

Pursuant to Fed. R. Crim. P. 48(a), the United States Attorney for the District of Massachusetts hereby dismisses Counts 1, 7, 8, and 10 of the first indictment charging the Defendant with wire fraud, in violation of 18 U.S.C. § 1343.

In support of this dismissal, the government states that a grand jury has returned a superseding indictment in this matter that does not include these counts previously charged counts. The dismissal of these counts is in the interest of justice. The remaining wire fraud counts (2-6 and 9) are re-alleged in the superseding indictment - count 2 has been re-numbered as count 1; count 6 has been re-numbered as count 7; and count 9 has been re-numbered as count 7. Counts 3-5 remain the same. Count 2 is a newly added wire fraud count and counts 8 and 9 are newly added money laundering counts.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

3/7/2025                          By:          /s/ Bill Abley
Date                                           BILL ABELY
                                               Chief, Criminal Division

/s/ *Neil Gallagher*
Neil J. Gallagher, Jr.
Assistant U.S. Attorney

Leave to File Granted:

_____
HONORABLE ANGEL KELLEY
United States District Court Judge
District of Massachusetts