## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **Case No. 23-cr-10160-AK** |
| ABHIJIT DAS, a.k.a. "Beej" Das | ) | |
| | ) | |
| Defendant. | ) | |

### UNITED STATES' FINAL STATUS REPORT

The United States submits the following report for the Final Status Conference on Friday, April 25, 2024, at 11:00 a.m.  Based on the following, the government submits that the Court should report the case to U.S. District Court Judge Angel Kelley for a pre-trial conference and trial.

### Overview of the Case

1.      The indictment was returned nearly two years ago, on June 20, 2023.  A superseding indictment was more recently returned on March 6, 2025.  The superseding indictment alleges seven counts of wire fraud (18 U.S.C. § 1343), one count of conducting an unlawful monetary transaction (18 U.S.C. § 1957), and one count of concealment money laundering (18 U.S.C. § 1956).  The charges arise out of the Defendant's work as an attorney during his representation of a client in India and the management of their escrow funds. The defendant is not in custody and is on conditions of pre-trial release.

2.      It should be noted that the Defendant was earlier convicted of campaign finance fraud crimes on October 13, 2023, following a trial before U.S. District Court Judge Richard G. Stearns, in *U.S. v. Das,* 20-cr-10200-RGS.    On July 18, 2024, Judge Stearns sentenced the Defendant to a term of incarceration of 21 month of incarceration and $25,000 fine.  Because of the pendency of this case, the Defendant's self-surrender date has been delayed until May 30, 2025.

3.      More recently, the USMS informed undersigned counsel that the U.S. Bureau of Prisons will not designate a BOP facility for the Defendant to begin his term of incarceration until the instant case is resolved.

### **MA Local Rule 116.5(c)**

4.      Pursuant to MA LR 116.5(c), the government submits the following:

    a.  A change of plea is not expected.  The government will be asking U.S. District Court Judge Angel Kelley to set the case for trial.

    b.  The only remaining discovery for the government to produce are the transcripts of four witnesses who testified before the grand jury which the government will disclose 21-days before trial.    The government has also produced two sets of "hot docs" to the defendant consisting of all the grand jury exhibits as well as a list of 227 other relevant documents. The government has requested reciprocal discovery.

    c.  The government is unaware whether the Defendant anticipates filing a motion to suppress.

    d.  The Court should exclude the time from April 25, 2024, until the date of the pre-trial conference.

    e.  The government anticipates that the government's case-in-chief will last approximately 6 trial days.

5.      Undersigned counsel sent a draft joint final status report to counsel for the Defendant on April 23, 2025.


Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:    /s/ *Neil Gallagher*
Neil J. Gallagher, Jr.
Alexandra Amrhein
Assistant U.S. Attorneys

Date Submitted:  April 24, 2025

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent
electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Neil J. Gallagher, Jr.
Neil J. Gallagher, Jr.